UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GONZALO ALARCON, | Case No. CV 13-9466 GHK(JC) |
|---|---|
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FRED FOULK, Warden, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
Report and Recommendation, and the Judgment herein on counsel for petitioner
and respondents.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/30/15



_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE