# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ALARCON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK, Warden, et al.,<br><br>　　　　　Respondents. | Case No. CV 13-9466 GHK(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 9/30/15

_____

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE